**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| NEODRON LTD., <br><br> Plaintiff, <br><br> v. <br><br> DELL TECHNOLOGIES INC., <br><br> Defendant. | Case No. 1:19-cv-00819-ADA |
| NEODRON LTD., <br><br> Plaintiff, <br><br> v. <br><br> HP, INC., <br><br> Defendant. | Case No. 1:19-cv-00873-ADA |
| NEODRON LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 1:19-cv-00874-ADA |
| NEODRON LTD., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Case No. 1:19-cv-00898-ADA |

NEODRON LTD.,

        Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,

        Defendant.

Case No. 1:19-cv-00903-ADA

## AMENDED SCHEDULING ORDER

On December 19, 2019 and January 7, 2020, the Court conducted conferences in the above-entitled and numbered cases. All parties appeared through counsel. As a result of such hearings, the Court Orders that the above cases will be consolidated only for *Markman* purposes and that the following schedule will govern deadlines up to and including the *Markman* hearing. The cases will be coordinated post-*Markman* and will follow the below post-*Markman* schedule in their individual cases.

On June 30, 2020, during the *Markman* hearing, the Court announced a new trial setting for the first of these cases to begin on June 28, 2021. The following schedule adjusts the dates leading up to a June 28, 2021, trial date.

| Deadline | Amended Deadline | Item |
|---|---|---|
| August 7, 2020 | October 7, 2020 | Deadline to add parties. |
| August 21, 2020 | October 21, 2020 | Deadline to serve Final Infringement and Invalidity Contentions. |
| September 18, 2020 | November 11, 2020 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or claims. |
| December 11, 2020 | January 15, 2021 | Close of Fact Discovery. |

| **Deadline** | **Amended Deadline** | **Item** |
|---|---|---|
| January 8, 2021 | February 5, 2021 | Opening Expert Reports. |
| February 5, 2021 | March 11, 2021 | Rebuttal Expert Reports. |
| February 26, 2021 | April 9, 2021 | Close of Expert Discovery. |
| March 5, 2021 | April 16, 2021 | Deadline to meet and confer to discuss narrowing the number of claims asserted and prior art references at issue.  The parties shall file a report within 5 business days regarding the results of the meet and confer. |
| March 12, 2021 | April 23, 2021 | Dispositive motion deadline and *Daubert* motion deadline. |
| March 26, 2021 | April 30, 2021 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| April 9, 2021 | May 14, 2021 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| April 16, 2021 | May 21, 2021 | Serve objections to rebuttal disclosures and **File** Motions *in limine*. |
| April 23, 2021 | May 28, 2021 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine* |
| April 30, 2021 | June 4, 2021 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 3 business days before Final Pretrial Conference. | June 11, 2021 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 44 weeks after Markman hearing (or as soon as practicable) | June 18, 2021 | Final Pretrial Conference. |
| 45-48 weeks after Markman hearing (or as soon as practicable) | June 28, 2021 9:00 a.m. | Jury Selection/Trial for the first of these cases. |

SIGNED this _____ day of _____, 2020.

3

                                                                                              _____
                                                                                              HONORABLE ALAN D ALBRIGHT
                                                                                              UNITED STATES DISTRICT JUDGE