IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NEODRON LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Civil No. 1:19-CV-00874-ADA <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff Neodron Ltd. and Defendant Microsoft Corporation file this Joint Motion to Extend Deadlines and show the Court as follows:

The Scheduling Order (Dkt. 47) entered in the above-referenced matter set October 21, 2020 as the deadline to serve final infringement and invalidity contentions. Neodron and Microsoft seek an extension of this deadline with respect to each other, to October 26, 2020.

The granting of this request will not impact any other scheduling order dates currently set by the Court, nor will it impact any other party in the consolidated actions.

Dated: October 21, 2020

By: */s/ Kristopher R. Davis (w/permission)*
Kristopher R. Davis (*pro hac vice*)
Philip X. Wang (*pro hac vice*)
Reza Mirzaie (*pro hac vice*)
C. Jay Chung
Jonathan Ma
RUSS AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

By: */s/ John M. Guaragna*
John M. Guaragna
Brian Erickson
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone: (512) 457-7000
Facsimile: (512) 457-7001

Sean C. Cunningham (*pro hac vice*)
Erin P. Gibson (*pro hac vice*)

<div style="display: flex;">
<div>

Fax: (310) 826-6991
kdavis@raklaw.com
pwang@raklaw.com
rmirzaie@raklaw.com
jchung@raklaw.com
jma@raklaw.com

Matthew Aichele
RUSS AUGUST & KABAT
915 E Street NW, Suite 405
Washington, DC 20004
Phone:  (310) 826-7474
Fax:  (310) 826-6991
maichele@raklaw.com

*Counsel for Plaintiff Neodron Ltd.*

</div>
<div>

Robert Williams (*pro hac vice*)
David R. Knudson (*pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Erik Fuehrer (*pro hac vice*)
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

Barry K. Shelton
Texas State Bar No. 24055029
SHELTON COBURN LLP
311 RR 620, Suite 205
Austin, TX 78734-4775
bshelton@sheltoncoburn.com
(512) 263-2165 (Telephone)
(512) 263-2166 (Facsimile)

*Counsel for Defendant Microsoft Corporation*

</div>
</div>

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that on this 21st day of October, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

                                        */s/ John M. Guaragna*
                                        John M. Guaragna